United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ALABAMA

Case number *(if known)* _____   Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Rolta Middle East FZ-LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **00-0000000** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** **Dubai Office No. 210, Building No. 9** **P.O. Box 500106** **Dubai Internet City, Dubai, U.A.E.** Number, Street, City, State & ZIP Code **Dubai** County | **Mailing address, if different from principal place of business** **5865 North Point Pkwy** **Alpharetta, GA 30022** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: | |

| Debtor | **Rolta Middle East FZ-LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

Debtor **Rolta Middle East FZ-LLC**     Case number (*if known*) _____
         Name

**11.** **Why is the case filed in** *Check all that apply:*
    *this district?*
    ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**  ■ No
    **have possession of any**
    **real property or personal**  ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **property that needs**
    **immediate attention?**
             **Why does the property need immediate attention?** (*Check all that apply.*)
             ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
               What is the hazard? _____
             ☐ It needs to be physically secured or protected from the weather.
             ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
             ☐ Other _____
             **Where is the property?** _____
                                         Number, Street, City, State & ZIP Code
             **Is the property insured?**
             ☐ No
             ☐ Yes.  Insurance agency _____
                     Contact name     _____
                     Phone            _____

■ **Statistical and administrative information**

**13.** **Debtor's estimation of**  .  *Check one:*
    **available funds**
                           ■ Funds will be available for distribution to unsecured creditors.
                           ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**   ■ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
    **creditors**             ☐ 50-99             ☐ 5001-10,000        ☐ 50,001-100,000
                             ☐ 100-199           ☐ 10,001-25,000      ☐ More than100,000
                             ☐ 200-999

**15.** **Estimated Assets**     ■ $0 - $50,000             ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                             ☐ $50,001 - $100,000       ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
                             ☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                             ☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.** **Estimated liabilities** ☐ $0 - $50,000             ☐ $1,000,001 - $10 million       ■ $500,000,001 - $1 billion
                             ☐ $50,001 - $100,000       ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
                             ☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                             ☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | **Rolta Middle East FZ-LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 29, 2020**
MM / DD / YYYY

X **/s/ Preetha Pulusani**                                **Preetha Pulusani**
Signature of authorized representative of debtor          Printed name

Title  **President International Operations**

**18. Signature of attorney**

X **/s/ Stuart M. Maples**                                Date **October 29, 2020**
Signature of attorney for debtor                          MM / DD / YYYY

**Stuart M. Maples**
Printed name

**Maples Law Firm, PC**
Firm name

**200 Clinton Ave. West, Ste 1000**
**Huntsville, AL 35801**
Number, Street, City, State & ZIP Code

Contact phone **(256) 489-9779**   Email address

Bar number and State

| | | |
|---|---|---|
| Loretta Lynch US Attorney General<br>US Dept. of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530 | AirBus Defence and Space<br>5 Rue Des Satellites BP 14 359<br>31030 Toulouse Cedex 4 FR | Hisham Abdelrahman Mohamed El<br>209-214, Cannon Building No.9<br>Dubai Internet City, Dubai. UAE |
| Luther Strange<br>Alabama Attorney General<br>PO Box 300152<br>Montgomery, AL 36130 | Al Ghaith & Al Moosa Travel Agency LLC<br>Rashid Al Rashid Yateem Building, 7th Fl<br>Al Maktoum Road, Clock Tower Deira<br>Dubai, UAE | CDM Technologies<br>534-536, Block-B, Business Centre<br>Port Saeed, P.O.Box 283018<br>Dubai, UAE |
| Joyce White Vance<br>US Attorney General<br>1801 4th Ave North<br>Birmingham, AL 35203 | Al Tayyar Travel & Tourism | Oracle Systems Limited<br>Building No. 6<br>Dubai Internet City, PO Box: 50009 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101 | Citicorp International Limited<br>39/F Citibank Tower, Citibank Plaza 3<br>Garden Road, Central Hong Kong | Plumb Surveying<br>Po Box No 181813<br>Dubai UAE |
| State of Alabama<br>Department of Revenue Legal Division<br>PO Box 320001<br>Montgomery, AL 36132 | ComDez Communication Pvt Ltd<br>A-22 New India Apartment Plot No. 6<br>Sec-09-Rohini<br>Delhi, India | Rahul Malankar<br>Office 209-214, Cannon Building No<br>Dubai Internet City<br>Dubai. UAE |
| Pala Assets Holdings Ltd.<br>White & Case LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 | Deutsche Bank Truste Company Americas<br>Trust and Agency Services<br>60 Wall Street, 27th Fl, MS NYC60-2710<br>New York, NY 10005 | Rolta Americas, LLC<br>5865 North Point Pkwy<br>Alpharetta, GA 30022 |
| DOLLAR RENT A CAR<br>Arenco Building<br>Dubai Internet City, Dubai UAE | Diala Bou Karim<br>209-214, Cannon Building No.9<br>Dubai Internet City, Dubai. UAE | Rolta India Limited<br>Rolta Tower A, Rolta Technology P<br>MIDC, Andheri (East) India |
| UCS Global FZCO<br>1402, 14th Floor, Green tower<br>PO Box: 81381<br>Deira Dubai, UAE | DU<br>DU, Dubai | Rolta International<br>5865 North Point Parkway<br>Suite 300<br>Alpharetta, GA 30022 |
| Aerial Survey Consultant Middle East<br>PO Box no 5026<br>Sharjah UAE | FEDEX COURIER<br>Fedex, Dubai | Rolta LLC<br>5865 NorthPoint Parkway<br>Alpharetta, GA 30022 |

ROLTA UK LTD
100 Longwater Avenue Green Park Reading
RG2 6GP United Kingdom GB


Tecom
PO Box 73000
DUBAI, UAE


Ultimus GmbH
Brunenbachstr. 40, 86343
Koenigsbrunn
Germany


Deutsche Bank Trust Company Americas
c/o Deutsche Bank National Trust Company
100 Plaza One Mailstop JCY03-0699
Jersey City, NJ 07311

# United States Bankruptcy Court
**Northern District of Alabama**

In re  **Rolta Middle East FZ-LLC**  
　　　　　　　　　Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Rolta Middle East FZ-LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **October 29, 2020** | **/s/ Stuart M. Maples** |
| Date | **Stuart M. Maples** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Rolta Middle East FZ-LLC** |
| | **Maples Law Firm, PC** |
| | **200 Clinton Ave. West, Ste 1000** |
| | **Huntsville, AL 35801** |
| | **(256) 489-9779 Fax:(256) 489-9720** |